713 A.2d 1050

IN THE MATTER OF RICHARD K. SILBERBERG,
AN ATTORNEY AT LAW.

July 30, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **RICHARD K. SILBERBERG** of **FREEHOLD**, who was admitted to the bar of this State in 1970, and who was suspended from the practice of law for a period of two years by Order of this Court dated June 4, 1996, be restored to the practice of law, effective immediately.